## SULTER *vs.* BROOKS *et al.*

74 401
Case 1
114 62^6

1. Where five garnishees, under proceedings against the same defendant, each answered that he owed the defendant nothing, and each prayed to be allowed five dollars as expenses of making the answer, and a joint judgment was rendered in their favor against the plaintiff for twenty-five dollars, and he thereupon excepted, the writ of error will not be dismissed on the ground that the case of each garnishee was separate, and should have been brought up by a separate writ of error.

2. If a garnishee truly answers that he owes the defendant nothing, and if he had incurred any expenses in making such answer, the amount so incurred shall be taxed in the bill of costs under the approval of the court, and shall be paid by the party cast in the suit, as other costs are now paid. A judgment is necessary to approve it; and where, in such a case, the expenses of answering were fully proved, and no contesting testimony was offered, a judgment for the amount so proved was proper. 53 *Ga.*, 28; Code, §3549.

Judgment affirmed.

January 6, 1885.

JACKSON, Chief Justice.

----

## HICKMAN, executor, *vs.* HICKMAN *et al.*

74b 401
85 416
74b 401
a111 198

Where an executor is sued as such, and is called upon to defend solely the title of the estate, he may appeal from the court of ordinary to the superior court without paying costs and giving security; but in no other case can he do so. Therefore, where an executor was cited to appear and settle his accounts and pay over to the legatees the amounts to which they were entitled, and from the judgment rendered, the executor desired to take an appeal, he could not do so without paying costs and giving security; and an appeal taken without such requisites was properly dismissed. Code, §§3622, 3624; 45 *Ga.*, 480; 60 *Id.*, 326.

(a.) It appearing that this writ of error was prosecuted for delay only, ten per cent damages are awarded against the plaintiff in error.

Judgment affirmed.

November 11, 1884.

HALL, Justice.

v 74-26

)